COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS



§

EP Hotel Partners, LP and Spokane   §   No. 08-16-00031-CV
Equities Limited Partnership, LTD,

§   Appeal from the

Appellants,

§   County Court at Law No. 5

v.

§   of El Paso County, Texas

City of El Paso, Mayor Oscar Leeser, City
Representatives Emma Acosta, Carl L.   §   (TC# 2014-DCV-0727)
Robinson, Michiel R. Noe, Courtney C.
Niland, Ann Morgan Lilly, Larry Romero,   §
Claudia Ordaz, Lily Limon, and EP VIDA,
LLC,   §

Appellees.   §

§

# **O R D E R**

The Court GRANTS the Appellants' Motion to Re-establish the Appellate Timetable.

Therefore the Court ORDERS this appeal to continue, the appellate timetable suspension

is lifted and the Clerk's Record shall now be filed in this Court on or before May 20, 2016.

IT IS SO ORDERED this 20th day of April, 2016.

PER CURIAM

Before McClure, C.J., Rodriguez and Hughes, JJ.